**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                                                        Case No. 6:11-cr-252-Orl-28GJK

**BRANDON ANTHONY TUCKER**

_____

## ORDER

This cause is before the Court following a hearing on June 20, 2012. (See Mins., Doc. 45). On June 8, 2012, I sentenced the Defendant to ten years' probation, including one year of home detention. (See Doc. 42). However, as recognized by the Court and as agreed by counsel for the parties at the June 20 hearing, under 18 U.S.C. § 3561(c)(1) such a term of probation is not authorized for a felony offense and constitutes clear error. Pursuant to Federal Rule of Criminal Procedure 35(a), the Court may correct such clear error within fourteen days after sentencing. Accordingly, as counsel have already been advised, Defendant will be re-sentenced on Friday, June 22, 2012, at 3:00 p.m.

**DONE** and **ORDERED** in Orlando, Florida on this 21st day of June, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Brandon Anthony Tucker